IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| GREGORY RICHARDSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 3:20CV765–HEH |
| ) | |
| DIRECTOR, VIRGINIA CENTER ) | |
| FOR REHABILITATION, ) | |
| ) | |
| Respondent. ) | |

**MEMORANDUM OPINION**
**(Dismissing Habeas Corpus Petition Without Prejudice)**

Gregory Richardson, a Virginia detainee proceeding *pro se*, filed a petition for a writ of habeas corpus with the United States District Court for the Western District of Virginia. By Order entered on September 29, 2020, the United States District Court for the Western District of Virginia transferred the petition to this Court. (ECF No. 6.)

Because of his history of frivolous and abusive litigation, Richardson's litigation in this Court is subject to a prefiling injunction. *See Richardson v. Virginia Dep't of Corr.*, ECF No. 49, 3:07CV514 (E.D. Va. Jan. 8, 2009). That injunction requires, *inter alia,* that Richardson to attach any new complaint or petition a separate document entitled "motion for leave to file and certificate of compliance."

By Memorandum Order entered on October 9, 2020, the Court directed Richardson to comply with the terms of the prefiling injunction within twenty (20) days of the date of entry thereof. More than twenty (20) days have elapsed since the entry of the October 9, 2020 Memorandum Order and Richardson has not submitted a "motion for

2

leave to file and certificate of compliance" for the present action. Accordingly, the petition for a writ of habeas corpus will be dismissed without prejudice.

A certificate of appealability will be denied.

An appropriate order will accompany this Memorandum Opinion.

/s/
HENRY E. HUDSON
SENIOR UNITED STATES DISTRICT JUDGE

Date: Dec. 17 2020
Richmond, Virginia

2